FILED

2020 DEC 30 PM 2:07

DEPUTY CLERK_____ α

## 3 - 20 CV3747 - B

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

---

John Q. Public et al

Plaintiff

Vs

State of Texas Attorney General,

US Rep Ron Wright, et al

## OATHS

I.      The State of Texas Attorney General takes an oath of office to uphold the Texas State Constitution and the United States Constitution.

II.     United States Representatives and Senators take an oath of office to uphold the Constitution of the United States.

III.    Members of the United States Military take an oath upon entering the Military to uphold the Constitution of the United States and to protect the country from all enemies foreign and domestic.  This oath continues for life for all service members, since they can be recalled to active service at any time.

## FREE AND FAIR ELECTIONS

I.      Each State has the right to set how their elections are managed and performed.  This right is provided in the ELECTION CLAUSE in the US Constitution.

II.     The Fourteen Amendment further enhances the right to vote; plus, ensures that there are not undue burdens placed on the right to vote.

III.    One State does not have "Standing" to challenge another State's election outcome because the challenger does not like said outcome.

## ACTS OF TRESON AND SEDTION

I.      The Texas Attorney General filed an "original jurisdiction" election lawsuit with the Supreme Court of the United States.

II.     The lawsuit was filed against four states where the popular vote was won by the Democratic Presidential Candidate.

III.    Texas vs. Pennsylvania stated that the four states violated the Constitution by changing their election procedures to limit the spread of COVID19.

IV.     Texas was fighting the fact states changed election procedures without legislative action and only with executive action at the state level.

V.      Texas further argued that the election process for the four states "suffered from significant and unconstitutional irregularities".

VI.     Texas argued that the irregularities could not be proven due to the fact the proof was destroyed through completion of the entire voting cycle.

VII. Texas requested due to the proposed allegations that the Supreme Court block the Electoral College vote and extend the deadline for submitting the certified vote for the four states.

VIII. The one hundred and twenty-six US Representatives named in this case filed Amicus Curiae and Brief Amicus Curiae siding with the Texas Attorney General.

## SUMMARY OF TREASON AND SEDITION

I. The case was dismissed because Texas lacked the Article III standing to sue how other states hold their elections.

II. The Solicitor General of Texas refused to try the case due to lack of legal merit.

III. A State Attorney General lacks oversight and legal rights to tell another state how to run an election.

IV. The Texas Attorney General broke the bounds of Title 5, Subtitle A, Chapter 557 of Texas Government Code.

V. This suit was an effort to overturn the election process and disenfranchise voters.

VI. States have the right to run their elections within the broad Constitutional guidelines.

VII. When US Representatives take a legal stand that the election in fours states was not a legal election, when in fact it is have broken their oath of office.

VIII. The US Representatives broke the law under 18 USC Ch 115 section 2381, 2383, 2384.

IX. The twenty-eight experts from the Organization of American States found no evidence of significant fraud election fraud.

X. The Cybersecurity and Infrastructure Security Agency stated "the November 3rd election was the most secure in American history" and that "there is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised."

## INJURY

I. The Texas State Attorney General committed sedition and treason by working to have other states' valid election outcomes overturned through voter suppression and trying to dictate how other states operate their election cycle.

II. The Texas State Attorney General is not focused on free and fair elections, as demonstrated by his efforts to suppress Harris County's

election process and his support of the Governor's reduction to one ballot drop box per county instead of one drop box per early voting and regular voting precincts during the 2020 general elections.

III.   The Texas State Attorney General is the State Lawyer for the people. He has not demonstrated that fact. Instead of working to ensure there is affordable health care in the State, he is seeking to have the ACA overturned. His view of the health and welfare is standing back to let COVID19 become a bane of existence in Texas.

IV.   His view of service is to follow the money of his political donors, the extreme far right (Shelley Luther) and evangelicals. His leadership is the power of oppression.

V.   His Rule of Law is what can he do to suppress the majority and uplift the chosen minority.

VI.   The one hundred and twenty-six US Representatives broke their oath of office.

VII.   They chose one man and power over the sanctity of their oath of office, the US Constitution and the constituents they are supposed to serve.

VIII.   Their complete disregard to free and fair elections, that every registered voter can exercise their right to vote and that each individual vote be included in the results, the Election Clause in the US Constitution and the Equal Rights in the Fourteenth Amendment is completely reprehensible.

IX.   The Texas Attorney General and the one hundred and twenty-six US Representatives have placed safe, free and fair elections into question for future elections.

## IMMEDIATE PROPOSED OUTCOMES

I.   The State of Texas Attorney General should be suspended from his public position until the state stock trading case is resolved, the current federal investigation is completed, and he is exonerated from any wrongdoing, and there is a trial and resolution on the State of Texas and Federal charges proposed in this filing.

II.   Since the one hundred and twenty-six US Representatives filed the briefs after the most recent election but before the oath of office for the 117th

Congress, 1ˢᵗ Session, they should all be barred from being sworn-in to the upcoming Session. Their actions are acts of sedition and treason.

III. The most neutral appointments to replace the 126 US Representatives are the 1ˢᵗ Assistant US Attorney in each of the US Attorneys' Offices in the respective US District the Representatives domicile. If required, the 2ⁿᵈ US Attorney will be used to fill additional respective positions. Service Period should not last longer than one year.

IV. Staff US Attorneys project the most independence within society since cases are tried based on evidence, not on person or position.

V. The replacement US Representatives shall maintain their independence by not caucusing with either the Republican or Democratic Representatives. The replacement Representatives shall caucus as Independents.

VI. States will hold elections to fill the Replacement US Representatives within 9 months of the beginning of the appointment period.

VII. Since the one hundred and twenty-six US Representatives are members of the Republican Party, the effected states' Republican Party and National Republican Party, MAGA, and Save America Super PAC will pay the Salary of each Replacement US Attorney comparable to US Representative Salary. Additionally, each Replacement Representative shall receive per diem of $400 per day for housing and meals ($300 and $100 respectively). Additionally, a weekly round trip airplane ticket will be provided for travel between their home and Washington DC.

## LONG-TERM RESOLUTION

I. The one hundred and twenty-six US Representatives shall forego the balance of their campaign contributions. The forfeited balance will be contributed to local food banks.

II. They shall be tried for the charges they are accused of.

III. They shall not be able to serve as an elected official in any capacity at the local, state, or national level.

IV. They shall not receive their benefits and retirement from serving as a US Representative.

V. The Replacement US Representatives may return to their respective 1ˢᵗ US Attorney position upon completion of their service.

VI. They will not be eligible to run for the US Representative position they are the acting replacement.

Respectively Submitted,

John Q. Public

The One Hundred Twenty-Six United States Representative

Mike Johnson – Louisiana's 4th Congressional District

Gary Palmer – Alabama's 6th Congressional District

Steve Scalise - Louisiana's 1st Congressional District

Jim Jordan – Ohio's 4th Congressional District

Ralph Abraham – Louisiana's 5th Congressional District

Rick W. Allen – Georgia's 12th Congressional District

James R. Baird – Indiana's 4th Congressional District

Jim Banks – Indiana's 3rd Congressional District

Jack Bergman – Michigan's 1st Congressional District

Andy Biggs – Arizona's 5th Congressional District

Gus Bilirakis – Florida's 12th Congressional District

Dan Bishop – North Carolina's 9th Congressional District

Mike Bost – Illinois's 12th Congressional District

Kevin Brady – Texas's 8th Congressional District

Mo Brooks – Alabama's 5th Congressional District

Ken Buck – Colorado's 4th Congressional District

Ted Budd – North Carolina's Congressional District

Tim Burchett – Tennessee's 2nd Congressional District

Michael C. Burgess – Texas's 26th Congressional District

Bradley Byrne – Alabama's 1st Congressional District

Ken Calvert – California's 42nd Congressional District

Earl L. "Buddy" Carter – Georgia's 1st Congressional District

Ben Cline – Virginia's 6th Congressional District

Michael Cloud – Texas's 27th Congressional District

Doug Collins* – Georgia's 9th Congressional District

K. Michael Conaway* – Texas's 11th Congressional District

Rick Crawford – Arkansas's 1st Congressional District

Dan Crenshaw – Texas's 2nd Congressional District

Mario Diaz-Balart – Florida's 25th Congressional District

Jeff Duncan – South Carolina's 3rd Congressional District

Neal P. Dunn – Florida's 2nd Congressional District

Robert B. Aderholt - Alabama's 4th Congressional District

Jodey Arrington – Texas's 19th Congressional District

Brian Babin – Texas 36th Congressional District

Scott DesJarlias - Tennessee's 4th Congressional District

Tom Emmer – Minnesota's 6th Congressional District

Ron Estes – Kansas's 4th Congressional District

A Drew Ferguson – Georgia's 4th Congressional District

Chuck Fleischmann – Tennessee's 4th Congressional District

Bill Flores* – Texas's 4th Congressional District

Jeff Fortenberry – Nebraska's 1st Congressional District

Virginia Foxx – North Carolina's 4th Congressional District

Russ Fulcher – Idaho's 1st Congressional District

Matt Gaetz – Florida's 1st Congressional District

Greg Gianforte* – Montana's 1st Congressional District

Bob Gibbs – Ohio's 7th Congressional District

Louie Gohmert – Texas's 1st Congressional District

Lance Gooden – Texas's 5th Congressional District

Sam Graves – Missouri's 6th Congressional District

Mark Green – Tennessee's 7th Congressional District

Morgan Griffith – Virginia's 9th Congressional District

Michael Guest – Mississippi's 3rd Congressional District

Jim Hagedorn – Minnesota's 1st Congressional District

Andy Harris – Maryland's 1st Congressional District

Vicky Hartzler – Missouri's 4th Congressional District

Kevin Hern – Oklahoma's 1st Congressional District

Jody Hice – Georgia's 10th Congressional District

Clay Higgins – Louisiana's 3rd Congressional District

Trey Hollingsworth – Indiana's 9th Congressional District

Richard Hudson – North Carolina's 8th Congressional District

Bill Huizenga – Michigan's 2nd Congressional District

Bill Johnson – Ohio's 6th Congressional District

John Joyce – Pennsylvania's13th Congressional District

Fred Keller – Pennsylvania's 12th Congressional District

Mike Kelly – Pennsylvania's 16th Congressional District

Trent Kelly – Mississippi's 1st Congressional District

Steve King* – Iowa's 4th Congressional District

David Kustoff – Tennessee's 8th Congressional District

Darin M. LaHood – Illinois's 18th Congressional District

Doug LaMalfa – California's 1st Congressional District

Doug Lamborn – Colorado's 5th Congressional District

Robert E. Latta – Ohio's 5th Congressional District

Debbie Lesko – Arizona's 8th Congressional District

Billy Long – Missouri's 7th Congressional District

Barry Loudermilk – Georgia's 11th Congressional District

Blaine Luetkemeyer – Missouri's 3rd Congressional District

Kenny Marchant* - Texas's 24th Congressional District

Roger Marshall – Kansas's 1st Congressional District

Kevin McCarthy – California's 23rd Congressional District

Tom McClintock – California's 4th Congressional District

Cathy McMorris Rodgers – Washington's 5th Congressional District

Daniel Meuser – Pennsylvania's 9th Congressional District

Carol Miller – West Virginia's 3rd Congressional District

John Moolenaar – Michigan's 4th Congressional District

Alex Mooney – West Virginia's 2nd Congressional District

Markwayne Mullin – Oklahoma's 2nd Congressional District

Greg Murphy – North Carolina's 3rd Congressional District

Dan Newhouse – Washington's 4th Congressional District

Ralph Norman – South Carolina's 4th Congressional District

Steven Palazzo – Mississippi's 4th Congressional District

Greg Pence – Indiana's 6th Congressional District

Scott Perry – Pennsylvania's 10th Congressional District

Bill Posey – Florida's 8th Congressional District

Guy Reschenthaler – Pennsylvania's 14th Congressional District

Tom Rice – South Carolina's 7th Congressional District

Mike D. Rogers – Alabama's 3rd Congressional District

John Rose – Tennessee's 6th Congressional District

David Rouzer – North Carolina's 7th Congressional District

John Rutherford – Florida's 4th Congressional District

Austin Scott – Georgia's 8th Congressional District

Mike Simpson – Idaho's 2nd Congressional District

Adrian Smith – Nebraska's 3rd Congressional District

Jason Smith – Missouri's 8th Congressional District

Ross Spano* – Florida's 15th Congressional District

Pete Stauber – Minnesota's 8th Congressional District

Elise Stefanik – New York's 21st Congressional District

Greg Steube – Florida's 17th Congressional District

Glenn Thompson – Pennsylvania's 15th Congressional District

Tom Tiffany – Wisconsin's 7th Congressional District

William Timmons – South Carolina;s 4th Congressional District

Jefferson Van Drew – New Jersey's 2nd Congressional District

Ann Wagner – Missouri's 2nd Congressional District

Tim Walberg – Michigan's 7th Congressional District

Mark Walker – North Carolina's 6th Congressional District

Jackie Walorski – Indiana's 2nd Congressional District

Michael Waltz – Florida's 6th Congressional District

Randy Weber – Texas's 14th Congressional District

Daniel Webster – Florida's 11th Congressional District

Brad Wenstrup – Ohio's 2nd Congressional District

Bruce Westerman – Arkansas's 4th Congressional District

Roger Williams – Texas's 25th Congressional District

Joe Wilson – South Carolina's 2nd Congressional District

Robert Wittman – Virginia's 1st Congressional District

Ron Wright – Texas's 6th Congressional District

Ted Yoho* – Florida's 3rd Congressional District

Lee Zeldin – New York's 1st Congressional District


*This lawmaker will not be in the upcoming Congress.

RECEIVED

DEC 3 0 2020

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

December 28, 2020

The Honorable Barbara M. G. Lynn

Chief Judge, Northern District of Texas

Dear Chief Judge Lynn:

In this package   · common man's brief to charge the Texas State Attorney General and 126 United States Represent: . ..s with Sedition and Treason. It is of upmost importance that the U.S. Representatives that . ... re-elected be denied their seating in this upcoming 117th Congress 1st Session. The U.S. Representatives broke their oath of office by not upholding the Constitution of the United States with their brief in the case "Texas vs. Pennsylvania".

The following information is being shared with some requiring action on the part of the North District of Texas.

1. I am a United States Citizen that has taken a lifelong oath to defend and protect the US Constitution, since I am prior military.
2. The case is being filed by John Q. Public which is an anonymous name. I wish to maintain to be a private citizen and not a public citizen. Due to the vitriol in the USA right now, it is wise that I do remain a private citizen.
3. The enclosed envelop contains my name and telephone number. If there is a need to contact, please use the enclosed information. I trust that this information will never be disclosed publicly.
4. The "brief" is a common man's effort to bring justice for acts of sedition and treason.
5. Since there is a lack of legal training and specific expertise, there is a requirement for a pro bono legal team to handle this case.
6. The filing fee should be modest so I can afford to pay the fee.
7. The only US Representative this has been shared with is Ron Wright. All the other US Representatives will require electronic service through the Federal District Court
8. Time is of the essence since some of the specific relief requires action before the start of the 117th Congress.
9. There is suggested immediate remedy for not administering the Oath of Office to the specific US Representatives.

Looking for this case to be tried in the Northern District of Texas.

Respectfully,

*John Q. Public*
John Q. Public

C: Karen Mitchell, Clerk of Court

US Representative Ron Wright, Arlington, TX Office (just the brief not this letter)