UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JOHN Q. PUBLIC,                          §
                 Plaintiffs,       §
                                         §
v.                                       §        Civil Case 3:20-CV-3747-B-BK
                                         §
STATE OF TEXAS ATTORNEY                   §
GENERAL, et al.,                         §
                Defendants.       §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 23rd day of February, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE